## STATE OF CONNECTICUT *v.* ALLEN ADGERS

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 123 (AC 26408), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Brendon P. Levesque* and *Michael S. Taylor,* in support of the petition.

*Julia K. Conlin,* assistant state's attorney, in opposition.

Decided June 26, 2007

## STATE OF CONNECTICUT *v.* JOHN TAYLOR

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 160 (AC 26442), is denied.

*Adele V. Patterson,* assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided June 26, 2007

## STATE OF CONNECTICUT *v.* NA'IM B.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 101 Conn. App. 373 (AC 26569), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to support the defendant's